JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KWASI DONKOR,<br><br>      Petitioner,<br><br>      v.<br><br>KENNETH C. BYRN et al.,<br><br>      Respondents. | Case No. CV 19-0008-GW (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject-Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: January 9, 2019

_____
GEORGE H. WU
U.S. DISTRICT JUDGE